172

### JACKSON v. STATE.
#### No. 22645.

Court of Criminal Appeals of Texas.
Dec. 8, 1943.

Aubrey Davee, of Brady, for appellant.
Spurgeon E. Bell, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

The conviction is for possessing intoxicating liquor for the purpose of sale in a dry area, the punishment being a fine of $200.

The record comes to this court without a statement of facts or bills of exception. In such condition, nothing is presented for review.

The judgment is affirmed.

### WILLIAMSON v. STATE.
#### No. 22659.

Court of Criminal Appeals of Texas.
Dec. 8, 1943.

G. Q. Youngblood, of Dallas, for appellant.
Spurgeon E. Bell, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

A penalty of three years was assessed on a charge of burglary.

The proceeding is regular and we find no bills of exception or statement of fact in the record. There is nothing for our consideration.

The judgment of the trial court is affirmed.